42 So.2d 473

### Fred BALLARD et al. v. STATE.

### 8 Div. 529.

Supreme Court of Alabama.
Oct. 13, 1949.

Fred Fite, of Hamilton, for petitioners.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., opposed.

BROWN, Justice.

We concur with the opinion of the Court of Appeals that the evidence in the case, fully set out in the opinion of the Court of Appeals, presented a jury question. Howard v. State, 108 Ala. 571, 18 So. 813.

We also concur in the holding that charges 4 and 5 requested in writing were refused without error.

Writ of certiorari is, therefore, denied and petition dismissed.

FOSTER, LAWSON and SIMPSON, JJ., concur.